JEFFER MANGELS BUTLER & MITCHELL LLP
MARTIN H. ORLICK, SBN. 083908, mho@jmbm.com
STUART K. TUBIS, SBN 278278, skt@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3824
Telephone: (415) 398-8080
Facsimile: (415) 398-5584

Attorney for Defendant
JPMORGAN CHASE BANK, NATIONAL ASSOCIATION

VALENTI LAW, APC
MATT VALENTI, ESQ.
5252 Balboa Avenue, Suite 700
San Diego, California 92117
Telephone:      (619) 540-2189
mattvalenti@valentilawapc.com

Attorneys for Plaintiff
AHMED AL-KUBAISI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMED AL-KUBAISI,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>HARBOR FREIGHT TOOLS CORPORATE, LLC; RUE-ELL ENTERPRISES, INC.,<br><br>　　　Defendants. | CASE NO. 3:25-cv-02970-AGT<br><br>**SECOND STIPULATION AND [PROPOSED] ORDER TO EXTEND THE TIME FOR DEFENDANTS TO FILE ANSWER TO THE COMPLAINT**<br><br>Complaint Filed: March 31, 2025<br>Answer Due: June 2, 2025<br>New Deadline: June 10, 2025 |

## **STIPULATION**

Plaintiff AHMED AL-KUBAISI ("Plaintiff") and Defendants HARBOR FREIGHT TOOLS CORPORATE, LLC and RUE-ELL ENTERPRISES, INC. ("Defendants") – Plaintiff and Defendant together the "Parties" – hereby make the following joint stipulation for an extension of time to allow Defendants to respond to the Complaint:

1.    WHEREAS the Parties have agreed to an extension of time for Defendants to respond to the Complaint to and including June 10, 2025;

2.    WHEREAS the Parties have worked together before on several other cases, and have resolved cases efficiently;

3.    WHEREAS the Parties intend to do so here;

4.    WHEREAS, the Defendants need more time to finalize the responsive pleading;

5.    WHEREAS, the Defendants are also finalizing initial investigations to assist in potential settlement negotiations;

6.    WHEREAS, pursuant to Civil Local Rule 6-1, this extension will not alter the date of any event or any deadline already fixed by Court order.

**IT IS SO STIPULATION:**

That Defendant shall have to and including June 10, 2025 to respond to the Complaint.

Date: May 21, 2025            VALENTI LAW, APC

                                       __/s/ Matt Valenti_____
                                       By MATT VALENTI, Esq.
                                       Attorney for Plaintiff
                                       AHMED AL-KUBAISI

Date: May 21, 2025            JEFFER MANGELS BUTLER & MITCHELL LLP

                                       /_____
                                       By MARTIN H. ORLICK, Esq.
                                       CHRISTOPHER K. WHANG
                                       Attorney for Defendants HARBOR FREIGHT
                                       TOOLS CORPORATE, LLC and RUE-ELL
                                       ENTERPRISES, INC.

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1, I hereby attest that on May 21, 2025, I, Christopher K. Whang, attorney with Jeffer Mangels Butler & Mitchell LLP, received the concurrence of Matt Valenti, Esq. to the filing of this document.

Christopher K. Whang

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties, and for good cause shown, **IT IS SO ORDERED.** The case deadlines are continued as follows:

The deadline for Defendants HARBOR FREIGHT TOOLS CORPORATE, LLC and RUE-ELL ENTERPRISES, INC. to file a responsive pleading is June 10, 2025.

Dated: June __, 2025

                                Honorable Alex G. Tse
                                U.S. District Court Judge, Northern District